# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA SAENZ, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>AMWAY, INC., a Virginia Corporation; YOLANDA ESTRADA, an individual; and DOES 1 to 50, inclusive,<br><br>                    Defendants. | Case No. SACV13-1014 CJC (ANx)<br>District Judge Cormac J. Carney<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of plaintiff ANA SAENZ, and defendant AMWAY CORP. (erroneously sued as Amway, Inc.), the Court hereby DISMISSES this action as against Amway Corp. only, without prejudice.

IT IS SO ORDERED.

DATED:  July 12, 2013

_____
District Judge Cormac J. Carney

**ORDER OF DISMISSAL**